Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Robert Schilling

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Robert Schilling,<br><br>            Plaintiff,<br><br>      vs.<br><br>Western Dental Services, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:12-cv-00748-DMG-OP<br><br>**SETTLEMENT AGREEMENT AND STIPULATION TO VOLUNTARILY DISMISS ACTION** |

Pursuant to FRCP 41(a)(1)(ii), the parties to the above-entitled action, by and through their attorneys of record, hereby stipulate that the instant action be dismissed against Defendant Western Dental Services, Inc. ("Defendant"), without prejudice, subject to the following:

1. The parties agree and stipulate that Plaintiff cannot maintain a cause of action against Defendant under the Fair Debt Collection Practices Act ("FDCPA") because Defendant is not a "debt collector" as defined by 15 U.S.C. § 1692a(6).

2. The parties agree and stipulate that in the event Plaintiff files another FDCPA action in federal or state court based on the same set of facts and circumstances as alleged in this action, Defendant may petition the court hearing the case for an award of attorney's fees to FRCP 41(d) or the applicable state statute. It will be in the court's discretion whether attorney's fees are awarded to Defendant.

3. Defendant asserts, but Plaintiff does not stipulate, that this Agreement shall not be interpreted as a waiver of Defendant's rights as the prevailing party in this action.

4. Defendant asserts, but Plaintiff does not stipulate, that it incurred substantial fees and costs in defending this claim.

5. Defendant asserts, but Plaintiff does not stipulate, that the attorney's fees incurred by Defendant total $3,910.00, and that these fees were reasonably and necessarily incurred in defense of this case.

6. The parties agree and stipulate that this Agreement is subject to the condition that this Court shall retain jurisdiction to enforce the terms of this Agreement.

| Plaintiff | Defendant |
|---|---|
| __/s/ Tammy Hussin_____ | __/s/ Wyeth E. Burrows_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | WYETH E. BURROWS<br>Attorney for Defendant |