JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Robert Schilling,

                Plaintiff,

       vs.

Western Dental Services, Inc.; and DOES
1-10, inclusive,

             Defendants.

Case No.: 2:12-cv-00748-DMG-OPx

**ORDER RE DISMISSAL [17]**

     Based on the Stipulation of counsel, and good cause appearing, the case is dismissed without prejudice.  Each party shall bear his or its own attorney's fees and costs.

Date:  April 5, 2012

DOLLY M. GEE
United States District Judge